IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10720
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DARRELL BYRD,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CR-177-1

--------------------
February 20, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Darrell Byrd appeals his sentence for distribution of crack cocaine.  Byrd contends that the district court erred by adjusting his offense level for possession of a dangerous weapon pursuant to U.S.S.G. § 2D1.1(b)(1).  The temporal and spatial relationship between the weapon, the drug-trafficking activity, and Byrd was sufficient to justify the weapons-possession adjustment in his case.  *See United States v. Eastland*, 989 F.2d 760, 770 (5th Cir. 1993).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.